# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1992

_____

Nathan Andrew Bryant,                               *
                                                    *
            Appellant,                              *
                                                    *   Appeal from the United States
      v.                                            *   District Court for the
                                                    *   District of Minnesota.
Department of Defense, Inspector                    *
General,                                            *       [UNPUBLISHED]
                                                    *
            Appellee.                               *

_____

Submitted: November 7, 2008
Filed: December 2, 2008

_____

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Nathan Bryant appeals the district court's[1] judgment dismissing his civil suit for lack of subject matter jurisdiction. After carefully reviewing the record de novo, see LeMay v. U.S. Postal Serv., 450 F.3d 797, 799 (8th Cir. 2006) (standard of review), we conclude dismissal was proper for the reasons stated by the district court. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B. All Bryant's pending requests and motions are denied.

_____

[1]The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota.